IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MONICA D. JORDAN, | § | |
| Plaintiff, | § | |
| vs. | § | NO.  1:12-cv-01696-JEC |
| DOLGENCORP, LLC, | § | |
| Defendant. | § | |

## ORDER

On this day the Court considered the Joint Motion for Order Approving Individual Settlement made by and between Plaintiff Monica D. Jordan ("Plaintiff") and Dolgencorp, LLC ("Defendant" or "Dollar General"). The Court finds that the Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that the Joint Motion for Order Approving Individual Settlement is hereby GRANTED. The Court hereby APPROVES the individual settlement reached by the Parties in this above-referenced matter.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's individual cause of action in the above-styled and numbered individual cause against Defendant is hereby dismissed with prejudice to the refiling of same, and that each party is to bear its own costs of Court.

Done this 1st day of APRIL, 2013.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE